**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Stefani C Schwartz, Esq. (014661996)
HATFIELD SCHWARTZ LAW GROUP LLC
240 Cedar Knolls Road, Suite 303
Cedar Knolls, NJ 07927
Phone: (973) 737-8315, Fax: (973) 737-8315
Email: sschwartz@hatfieldschwartzlaw.com
Attorney for Defendants

|  |  |
|---|---|
| TONY PARRISH, individually and as parent and natural guardian of minor child J.P.,<br><br>          Plaintiff,<br><br>v.<br><br>THE HUDSON SCHOOL, REBEKAH SOLLITTO, EMILY FORD SYSTMA, DANIEL J. GANS, CLIFF SONKIN, ARNOLD LEWIS, PAUL O'DELL, MELISSA POPKOSKI, FLORA EKPE-IDANG, PETE GILCHRIST, TOM HORAN, ALICE KOCIS, DAVID MUHLENKAMP, LUISA PASACIOS, MINALKUMAR PATEL, M.D., KOREY PETGRAVE, AND ZEMIN ZHANG,<br><br>          Defendants. | Civil Case No.<br><br>From the:<br>Superior Court of New Jersey, Law Division, Hudson County Docket No. HUD-L-004097-25<br><br>*Electronically Filed*<br><br>**CORPORATE DISCLOSURE STATEMENT** |

The undersigned, counsel for Defendants, certifies that Defendant The Hudson School is a public institution of higher education established under the laws of the State of New Jersey.

Defendant Hudson's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

**OR**

**X**      The party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of the party's stock.

HATFIELD SCHWARTZ LAW GROUP LLC

*Attorneys for Defendants*

By:  /s/ *Stefani C Schwartz*
        STEFANI C SCHWARTZ, ESQ.

Dated: November 26, 2025

2