UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

----------------------------------------------------------------x

**TONY PARRISH, individually and as**

**parent and natural guardian of minor J.P.**

   Plaintiff,

v.

**THE HUDSON SCHOOL, et al.,**

   Defendants.

----------------------------------------------------------------x

Civil Action No. 2:25-cv-17986

### CERTIFICATE OF SERVICE – Motion to Remand

I hereby certify that on November 28, 2025, I submitted the foregoing Notice of Motion to Remand and for Costs and Expenses Pursuant to 28 U.S.C. § 1447(c), together with all supporting
papers, for filing through the United States District Court for the District of New Jersey's Attorney/Pro Se Document Submission (ADS) system.

Pursuant to Fed. R. Civ. P. 5(b)(2)(E), I further certify that on this same date, I served a copy of the foregoing Motion papers by email upon counsel for Defendants at the email address provided for service.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: November 28, 2025


/s/ Tony Parrish
Tony Parrish
Plaintiff, Pro Se
P.O. Box 806
Bayonne, NJ 07002
17ChildOfGod@protonmail.com
(646) 389-8994