

Hatfield | Schwartz
Law Group LLC

Stefani C Schwartz, Esq.
sschwartz@hatfieldschwartzlaw.com
973.737.8315

December 3, 2025

**<u>Via Electronic Filing & LREX</u>**
The Honorable Julien X. Neals, U.S.D.J.
United States District Court District of New Jersey
MLK Building & U.S. Courthouse
50 Walnut Street, Newark, NJ 07102

    **Re: Parrish et al. v. The Hudson School et. al.**
       **<u>Docket No. 2:25-cv-17986-JXN-SDA</u>**

Dear Judge Neals:

  This firm represents Defendants The Hudson School, Rebekah Sollitto, Emily Ford Systma, Daniel J. Gans, Cliff Sonkin, Arnold Lewis, Paul O'Dell, Melissa Popkoski, Flora Ekpe-Idang, Pete Gilchrist, Tom Horan, Alice Kocis, David Muhlenkamp, Luisa Pasacios, Minalkumar Patel, M.D., Korey Petgrave, and Zemin Zhang ("Defendants") in the above-referenced matter.

  Our office is in receipt of the correspondence from Plaintiff seeking an expedited process regarding a decision on his motion to remand. Defendants oppose this request. Plaintiff has stated no basis or authority as to why the Court should or may expedite his motion for remand. Since the Court has set a return date of January 5, 2026, Defendants are preparing to file and serve any opposition to Plaintiff's motion on or before December 22, 2025. Any changes that are made to that schedule would unduly prejudice Defendants and would not allow them the time afforded to motion opponents pursuant to the Court's motion calendar.

  If the Court entertains Plaintiff's request, we respectfully request that the Court provide Defendants with ample time to file opposition to the motion to remand.

  We thank Your Honor for your attention to this matter.

       Respectfully Submitted,

       HATFIELD SCHWARTZ LAW GROUP LLC

       By: */s/ Stefani C Schwartz*
         STEFANI C SCHWARTZ, ESQ.

CC: Tony Parrish (via email and U.S. mail)