

Hatfield | Schwartz
Law Group LLC

Stefani C Schwartz, Esq.
sschwartz@hatfieldschwartzlaw.com
973.737.8315

December 4, 2025

**Via ECF**
The Honorable Julien X. Neals, U.S.D.J.
United States District Court District of New Jersey
MLK Building & U.S. Courthouse
50 Walnut Street, Newark, NJ 07102

> Re:   **Parrish et al. v. The Hudson School et. al.**
>       **Docket No. 2:25-cv-17986-JXN-SDA**

Dear Judge Neals:

This firm represents Defendants The Hudson School, Rebekah Sollitto, Emily Ford Systma, Daniel J. Gans, Cliff Sonkin, Arnold Lewis, Paul O'Dell, Melissa Popkoski, Flora Ekpe-Idang, Pete Gilchrist, Tom Horan, Alice Kocis, David Muhlenkamp, Luisa Pasacios, Minalkumar Patel, M.D., Korey Petgrave, and Zemin Zhang ("Defendants") in the above-referenced matter. The undersigned is in receipt of correspondence from the Court which noted that Defendants were not required to file a request for a pre-motion conference pursuant to Your Honor's judicial preferences, and that Defendants should file any appropriate motion. Defendants made the request for a conference with a good faith belief that same was required and that the request stayed Defendants' time to answer or otherwise respond to the Complaint, and made the request prior to their deadline to answer or otherwise move of December 3, 2025.

Defendants recognize that their deadline by which to answer or otherwise move was December 3, 2025, and that requests for an extension of time must be made prior to the expiration of the original deadline. Nevertheless, the undersigned respectfully requests an extension of the filing deadline to Answer or otherwise respond to the Complaint for a period of fourteen (14) days pursuant to L. Civ. R. 6.1(b). We respectfully request that the Court consider this request timely considering Defendants' timely filing of the request for a pre-motion conference which Defendants in good faith believed stayed their time to answer or otherwise respond to the Complaint. If granted, Defendants' response to the Complaint will be due on December 17, 2025.

Defendants have not previously requested or been granted an extension of time to answer or otherwise respond to the Complaint. Defendants have sought Plaintiff's consent, but have not yet received a response as of the filing of this letter.

December 4, 2025
Page 2

We thank Your Honor for your attention to this matter.

Respectfully Submitted,

HATFIELD SCHWARTZ LAW GROUP LLC

By:  */s/ Stefani C Schwartz*
     STEFANI C SCHWARTZ, ESQ.

CC:    Tony Parrish (via email)