Tony Parrish
Plaintiff, Pro Se
P.O. Box 806
Bayonne, NJ 07002
17ChildOfGod@protonmail.com
(646) 389-8994

December 4, 2025

Hon. Julien Xavier Neals, U.S.D.J.
United States District Court
District of New Jersey
MLK Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

Re: Parrish v. The Hudson School et al.
Civil Action No. 2:25-cv-17986-JXN-SDA

Dear Judge Neals:

Plaintiff respectfully submits this letter to address the procedural posture following the Court's December 4, 2025 Text Order and Defendants' subsequent request for an extension of time to respond to the Complaint.

First, Plaintiff does not oppose Defendants' request for additional time. Because the threshold issue remains the pending Motion to Remand (ECF No. 3), Plaintiff agrees that the appropriate next step is for the Court to address subject-matter jurisdiction before the parties engage in further merits or procedural filings. My intent here is not to penalize Defendants for deadline issues, but simply to ensure that this matter proceeds in a clear and orderly fashion.

Second, Plaintiff respectfully notes that his "Emergency Letter in Further Support of Expedited Consideration" (dated December 3, 2025) was submitted to the Clerk prior to the Court's Text Order, but had not yet appeared on the public docket when the Court ruled. The letter cited authority relevant to expedited or prompt jurisdictional review, particularly in matters involving minors and time-sensitive state proceedings. Plaintiff raises this point solely to complete the record and not to renew the previous request for expedited review.

Third, Defendants' recent filing suggested that Plaintiff did not respond to their request for consent regarding their extension request. To clarify, Defendants provided approximately two hours to respond. Plaintiff does not believe this brief window reflects the spirit of Local Civil Rule 7.1 or standard professional practice. Nevertheless, I wish to correct the record: Plaintiff is responsive and does not oppose the requested extension now that the issue is properly before the Court.

Finally, Plaintiff respectfully submits that resolving the Motion to Remand remains the most efficient and appropriate step for all parties, especially given the ongoing impact on state-court proceedings involving a minor child. Plaintiff has a profound responsibility to protect his child's interests, yet is mindful that waiting—sometimes even in the face of procedural maneuvering—is part of the process. As Psalm 37:7 teaches, one may "wait patiently" without being drawn into the distractions created by others. Plaintiff therefore seeks only an orderly path forward, trusting that the proper forum and the proper timing will allow this matter to be resolved justly.

Thank you for the Court's continued attention and guidance.

Respectfully submitted,

/s/ Tony Parrish
Tony Parrish
Plaintiff, Pro Se


**Certification of Service**

I hereby certify that on the date below, I caused a true and correct copy of the foregoing letter to be served via electronic filing and by email upon all counsel of record. I certify under penalty of perjury that the foregoing is true and correct.

Dated: December 4, 2025
/s/ Tony Parrish
Tony Parrish