Stefani C Schwartz, Esq.
NJ Attorney ID: 014661996
HATFIELD SCHWARTZ LAW GROUP LLC
240 Cedar Knolls Road, Suite 303
Cedar Knolls, NJ 07927
Phone:  (973) 737 8315 Fax: (973) 737-8315
Email: sschwartz@hatfieldschwartzlaw.com
*Attorneys for Defendants, The Hudson School, Rebekah Sollitto,
Emily Ford Systma, Daniel J. Gans, Cliff Sonkin, Arnold Lewis,
Paul O'dell, Melissa Popkoski, Flora Ekpe-Idang, Pete Gilchrist,
Tom Horan, Alice Kocis, David Muhlenkamp, Luisa Pasacios,
Minalkumar Patel, M.D., Korey Petgrave, and Zemin Zhang*

| | |
|---|---|
| TONY PARRISH, individually and as parent and natural guardian of minor child J.P., <br><br> Plaintiff, <br><br> v. <br><br> THE HUDSON SCHOOL, REBEKAH SOLLITTO, EMILY FORD SYSTMA, DANIEL J. GANS, CLIFF SONKIN, ARNOLD LEWIS, PAUL O'DELL, MELISSA POPKOSKI, FLORA EKPE-IDANG, PETE GILCHRIST, TOM HORAN, ALICE KOCIS, DAVID MUHLENKAMP, LUISA PASACIOS, MINALKUMAR PATEL, M.D., KOREY PETGRAVE, AND ZEMIN ZHANG, <br><br> Defendants. | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY** <br><br> Civ. Action No. 2:25-cv-17986-JXN-SDA <br><br> Civil Action <br><br> **NOTICE OF MOTION IN SUPPORT OF DEFENDANTS' MOTION FOR DISMISSAL OF PLAINTIFF'S AMENDED COMPLAINT PURSUANT TO FED R. CIV. P. 12(b)(6)** |

TO:     THE CLERK AND THE HONORABLE JUDGES
        OF THE UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF NEW JERSEY

        Tony Parrish
        PO Box 806
        Bayonne, NJ 07002
        17childofgod@protonmail.com
        *Plaintiff, Pro Se*

PLEASE TAKE NOTICE that on January 20, 2026, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned, attorneys for Defendants will move before the United States District Court for the District of New Jersey, for an Order dismissing Plaintiff's Amended Complaint, with prejudice; and

PLEASE TAKE FURTHER NOTICE that in support of this Motion to Dismiss Plaintiff's Amended Complaint, Defendants shall rely upon the accompanying Brief, Certification of Stefani C Schwartz, Esq. with accompanying exhibits, Certification of Service, and Proposed Order.

HATFIELD SCHWARTZ LAW GROUP, LLC
*Attorneys for Defendants*


By: */s/ Stefani C Schwartz*
       STEFANI C SCHWARTZ, ESQ.

Dated: December 17, 2025