Stefani C Schwartz, Esq.
NJ Attorney ID: 014661996
HATFIELD SCHWARTZ LAW GROUP LLC
240 Cedar Knolls Road, Suite 303
Cedar Knolls, NJ 07927
Phone:  (973) 737 8315 Fax: (973) 737-8315
Email: sschwartz@hatfieldschwartzlaw.com
*Attorneys for Defendants, The Hudson School, Rebekah Sollitto,*
*Emily Ford Systma, Daniel J. Gans, Cliff Sonkin, Arnold Lewis,*
*Paul O'dell, Melissa Popkoski, Flora Ekpe-Idang, Pete Gilchrist,*
*Tom Horan, Alice Kocis, David Muhlenkamp, Luisa Pasacios,*
*Minalkumar Patel, M.D., Korey Petgrave, and Zemin Zhang*

| | |
|---|---|
| TONY PARRISH, individually and as parent and natural guardian of minor child J.P., <br><br> Plaintiff, <br><br> v. <br><br> THE HUDSON SCHOOL, REBEKAH SOLLITTO, EMILY FORD SYSTMA, DANIEL J. GANS, CLIFF SONKIN, ARNOLD LEWIS, PAUL O'DELL, MELISSA POPKOSKI, FLORA EKPE-IDANG, PETE GILCHRIST, TOM HORAN, ALICE KOCIS, DAVID MUHLENKAMP, LUISA PASACIOS, MINALKUMAR PATEL, M.D., KOREY PETGRAVE, AND ZEMIN ZHANG, <br><br> Defendants. | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY** <br><br> Civ. Action No. 2:25-cv-17986-JXN-SDA <br><br> Civil Action <br><br> **PROPOSED ORDER DISMISSING PLAINTIFF'S AMENDED COMPLAINT** |

This matter having come before the Court on the motion of Defendants for an Order dismissing Plaintiff's Amended Complaint with prejudice and the Court having considered the moving papers in support thereof, and any opposition thereto, and oral argument, if any, having heard the argument of counsel, if any, and for good cause being shown:

**IT IS** on this _____ day of _____, 2026,

**ORDERED** that Defendants' Motion to Dismiss the Amended Complaint is hereby GRANTED, in its entirety, with prejudice; and

**IT IS FURTHER ORDERED** that a copy of this Order shall be served on all parties within _____ days of entry via CM/ECF.

_____
HON.                                    U.S.D.J.

( ) Opposed

( ) Unopposed