Stefani C Schwartz, Esq.
NJ Attorney ID: 014661996
HATFIELD SCHWARTZ LAW GROUP LLC
240 Cedar Knolls Road, Suite 303
Cedar Knolls, NJ 07927
Phone:  (973) 737 8315 Fax: (973) 737-8315
Email: sschwartz@hatfieldschwartzlaw.com
*Attorneys for Defendants, The Hudson School, Rebekah Sollitto,*
*Emily Ford Systma, Daniel J. Gans, Cliff Sonkin, Arnold Lewis,*
*Paul O'dell, Melissa Popkoski, Flora Ekpe-Idang, Pete Gilchrist,*
*Tom Horan, Alice Kocis, David Muhlenkamp, Luisa Pasacios,*
*Minalkumar Patel, M.D., Korey Petgrave, and Zemin Zhang*

| | |
|---|---|
| TONY PARRISH, individually and as parent and natural guardian of minor child J.P., <br><br> Plaintiff, <br><br> v. <br><br> THE HUDSON SCHOOL, REBEKAH SOLLITTO, EMILY FORD SYSTMA, DANIEL J. GANS, CLIFF SONKIN, ARNOLD LEWIS, PAUL O'DELL, MELISSA POPKOSKI, FLORA EKPE-IDANG, PETE GILCHRIST, TOM HORAN, ALICE KOCIS, DAVID MUHLENKAMP, LUISA PASACIOS, MINALKUMAR PATEL, M.D., KOREY PETGRAVE, AND ZEMIN ZHANG, <br><br> Defendants. | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY** <br><br> Civ. Action No. 2:25-cv-17986-JXN-SDA <br><br> Civil Action <br><br> **CERTIFICATE OF SERVICE** |

I, Stefani C Schwartz, Esq., of full age, duly certify as follows:

1.      I am a managing partner of the law firm Hatfield Schwartz Law Group LLC, attorneys for Defendants in the above-captioned matter.

2.      On December 17, 2025, I caused a copy of Defendants' Motion for Dismissal of Plaintiff's Amended Complaint, including the Certification of Stefani C Schwartz, Esq., with

supporting documents, Notice of Motion, Proposed Order, Brief in Support of its Motion for Dismissal, and the within Certification of Service to be electronically filed and served on Plaintiff Pro Se via email at 17childofgod@protonmail.com.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

HATFIELD SCHWARTZ LAW GROUP, LLC
*Attorneys for Defendants*

By: */s/ Stefani C Schwartz*
    STEFANI C SCHWARTZ, ESQ.

Dated: December 17, 2025