Stefani C Schwartz, Esq.
NJ Attorney ID: 014661996
HATFIELD SCHWARTZ LAW GROUP LLC
240 Cedar Knolls Road, Suite 303
Cedar Knolls, NJ 07927
Phone:  (973) 737 8315 Fax: (973) 737-8315
Email: sschwartz@hatfieldschwartzlaw.com
*Attorneys for Defendants, The Hudson School, Rebekah Sollitto,*
*Emily Ford Systma, Daniel J. Gans, Cliff Sonkin, Arnold Lewis,*
*Paul O'dell, Melissa Popkoski, Flora Ekpe-Idang, Pete Gilchrist,*
*Tom Horan, Alice Kocis, David Muhlenkamp, Luisa Pasacios,*
*Minalkumar Patel, M.D., Korey Petgrave, and Zemin Zhang*

| | |
|---|---|
| TONY PARRISH, individually and as parent and natural guardian of minor child J.P.,<br><br>Plaintiff,<br><br>v.<br><br>THE HUDSON SCHOOL, REBEKAH SOLLITTO, EMILY FORD SYSTMA, DANIEL J. GANS, CLIFF SONKIN, ARNOLD LEWIS, PAUL O'DELL, MELISSA POPKOSKI, FLORA EKPE-IDANG, PETE GILCHRIST, TOM HORAN, ALICE KOCIS, DAVID MUHLENKAMP, LUISA PASACIOS, MINALKUMAR PATEL, M.D., KOREY PETGRAVE, AND ZEMIN ZHANG,<br><br>Defendants. | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>Civ. Action No.<br><br>Civil Action<br><br>**CERTIFICATION OF STEFANI C SCHWARTZ IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND** |

I, Stefani C Schwartz, Esq., of full age, being duly sworn according to law says:

1.    I am a partner in the firm of Hatfield Schwartz Law Group LLC, attorneys for Defendants in the above-referenced matter, and am fully familiar with the facts and procedural history of this case.

2.      Attached hereto as Exhibit A is a true and correct copy of the Amended Complaint filed in this matter on October 28, 2025.

3.      Attached hereto as Exhibit B is a true and correct copy of the Notice of Removal filed in this matter on November 26, 2025.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

HATFIELD SCHWARTZ LAW GROUP, LLC
*Attorneys for Defendants*


By:  */s/ Stefani C Schwartz*
     STEFANI C SCHWARTZ, ESQ.

Dated: December 22, 2025