April 15, 2026

Hon. Julien Xavier Neals, U.S.D.J.
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07102

Re:
**Tony Parrish, Plaintiff**
v.
**The Hudson School, et al., Defendants**
Civil Action No. 2:25-cv-17986-JXN-SDA

**LETTER REQUEST FOR STATUS REGARDING MOTION TO REMAND**

Dear Judge Neals:

Plaintiff Tony Parrish, proceeding pro se, respectfully submits this letter to request a status update regarding Plaintiff's Motion to Remand (ECF No. 3).

The Motion to Remand was filed on November 28, 2025, fully briefed as of December 29, 2025, and noticed for decision on the papers with a return date of January 5, 2026. As reflected on the docket, no decision has yet been issued.

Plaintiff recognizes and appreciates the Court's caseload and the demands on judicial resources. However, the Motion to Remand presents a threshold jurisdictional issue, the resolution of which will determine the proper forum for adjudication of this matter.

Since the Motion became fully submitted, circumstances have materially developed. The continued pendency of the jurisdictional determination has coincided with ongoing and concrete impacts affecting Plaintiff's minor child, including disruption to private school placement and significantly constrained educational options. In addition, the unresolved posture of the case has limited Plaintiff's ability to address and respond to the underlying allegations in an appropriate forum.

Plaintiff does not seek to reargue the merits of the Motion, but respectfully submits that the continued pendency of the jurisdictional issue is resulting in ongoing practical prejudice.

Accordingly, Plaintiff respectfully requests any guidance the Court may provide as to the status of the Motion to Remand, or whether any further submission from Plaintiff would assist the Court.

Respectfully submitted,

/s/ Tony Parrish
Plaintiff, Pro Se
17childofgod@protonmail.com

**Certification of Service**

I hereby certify that a copy of this letter was served upon all counsel of record via CM/ECF and/or email on this date.

/s/ Tony Parrish
Dated: April 15, 2026