**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| TONY PARRISH, *individually and as parent and natural guardian of minor child J.P.*<br><br>Plaintiff,<br><br>v.<br><br>THE HUDSON SCHOOL, *et al.*,<br><br>Defendants. | Civil Action No. 25-17986 (JXN)(SDA)<br><br>**ORDER** |

**NEALS**, District Judge

Before the Court are Plaintiff Tony Parrish's ("Plaintiff") motion to remand[1] (ECF No. 3), Plaintiff's motion to stay proceedings pending a decision on his motion to remand (ECF No. 19), and Defendants'[2] motion to dismiss the Complaint (ECF No. 16).[3] The Court has carefully considered the parties' submissions and decides this matter without oral argument pursuant to Federal Rule of Civil Procedure[4] 78 and Local Civil Rule 78.1. For the reasons stated in the accompanying Opinion,

**IT IS** on this **13th** day of May 2026

**ORDERED** that:

1. Plaintiff's motion to remand (ECF No. 3) is **DENIED**;

---

[1] To which Defendants opposed (ECF No. 17) and Plaintiff replied (ECF No. 18).

[2] Defendants collectively refer to: The Hudson School ("Hudson" or "School"); Rebekah Sollitto ("Sollitto"), Emily Ford Systma ("Systma") (with Sollitto, "School Individual Defendants"); and Daniel J. Gans, Cliff Sonkin, Arnold Lewis, Paul O'Dell, Melissa Popkoski, Flora Ekpe-Idang, Pete Gilchrist, Tom Horan, Alice Kocis, David Muhlenkamp, Luisa Pasacios, Minalkumar Patel, M.D., Korey Petgrave, and Zemin Zhang ("Board Defendants").

[3] To which Plaintiff did not file opposition.

[4] "Rule" or "Rules" hereinafter refer to the Federal Rules of Civil Procedure.

2. Plaintiff's motion to stay proceedings pending a decision on the motion to remand (ECF No. 19) is **DENIED as moot**;

3. Defendants' motion to dismiss (ECF No. 16) is **GRANTED**;

4. Counts Four and Fifteen of the Complaint (ECF No. 1-1) are **DISMISSED** *with prejudice*;

5. Counts One, Two, and Three of the Complaint are **DISMISSED** *with prejudice* to the extent they allege a violation of Plaintiff's constitutional rights;

6. The remainder of the Complaint is **DISMISSED** *without prejudice* to the extent it raises claims on Plaintiff's behalf;

7. Plaintiff shall have twenty (20) days from the date of this Order to inform the Court either that Plaintiff has secured counsel for J.P., or that Plaintiff has elected not to proceed with J.P.'s claims;

8. If Plaintiff informs the Court he will not proceed with J.P.'s claims or fails to timely respond, the Court will dismiss without prejudice the claims asserted on J.P.'s behalf;

9. Plaintiff shall have thirty (30) days from the date of this Order to file an amended pleading that addresses the deficiencies identified in the accompanying Opinion;

10. If Plaintiff fails to timely submit an amended pleading, the Court shall dismiss with prejudice the claims Plaintiff asserts on his own behalf; and

11. The Clerk of Court is directed to close this matter.

                                          **JULIEN XAVIER NEALS**
                                         **United States District Judge**